IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID ZWICK, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 14 C 5044 |
| | ) | |
| INTELIQUENT, INC., | ) | District Judge Thomas M. Durkin |
| RICHARD MONTO, and | ) | |
| JOHN HARRINGTON, | ) | |
| Defendants. | ) | |

**NOTICE OF FILING OF EXHIBITS IN SUPPORT OF
PLAINTIFF DAVID ZWICK'S MOTION TO SQUASH**

Exhibit 1    Inteliquent's Subpoena To The Clinton Group

Exhibit 2    Inteliquent's Subpoena To Gregory Taxin

Exhibit 3    Proposed Count X to Second Amended Complaint

Dated:   April 4, 2015

                Respectfully submitted,
                David Zwick

                /s/ Stuart J. Chanen

Stuart J. Chanen
Nicole Nehama Auerbach
Margot Klein
VALOREM LAW GROUP
35 East Wacker Drive
Suite 3000
Chicago, IL  60601
(312) 676-5460
Stuart.Chanen@valoremlaw.com
Nicole.Auerbach@valoremlaw.com
Margot.Klein@valoremlaw.com

## **CERTIFICATE OF SERVICE**

I certify that on April 4, 2015, I caused the attached Exhibits to be filed with the Court's electronic filing (ECF) system. Notice of this filing will be sent to all counsel of record through the ECF system. In addition, parties may access this filing through the ECF system.

/s/ Stuart J. Chanen